

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6888
Fax: (415) 436-6748

Attorneys for the United States of America

ORIGINAL FILED
07 SEP -7 PM 1:53
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **NO.** |
| **Plaintiff,** | |
| **v.** | **<u>COMPLAINT</u>** |
| **MARVIN K. MOSS and MARJORIE MOSS,** | **JSW** |
| **Defendants.** | |

NOW COMES the United States of America, by and through its undersigned counsel, and complains and alleges as follows:

**<u>JURISDICTION AND VENUE</u>**

1. This is a civil action brought by the United States to reduce to judgment outstanding federal tax assessments against defendants Marvin K. Moss and Marjorie Moss.

2. This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7402, at the direction of the Attorney General of the United States, with the authorization and sanction, and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

3. Jurisdiction over this action is conferred upon this Court by 28 U.S.C. §§ 1340 and 1345, and under 26 U.S.C. §§ 7402(a).

4. Pursuant to 28 U.S.C. §§ 1391 and 1396, venue is properly within the Northern District of California because taxpayers/defendants Marvin K. Moss and Marjorie Moss reside within the Northern District, and the tax liabilities in question arose in this District.

5. Defendant Marvin K. Moss resides at 60 Riverside Court, Pittsburg, California 94565.

6. Defendant Marjorie Moss resides at 60 Riverside Court, Pittsburg, California 94565.

## COUNT ONE

## REDUCE ASSESSMENTS TO JUDGMENT AGAINST DEFENDANT MARVIN K. MOSS

7. The United States realleges the allegations contained in paragraphs 1 through 6 above, as if fully set forth herein.

8. A delegate of the Secretary of Treasury has made assessments against taxpayer Marvin K. Moss for unpaid federal income taxes (Form 1040), penalties and interest for the years 1993, 1994, 1996, 1997, 1998, 1999, 2000 and 2001 as set forth below:

| Tax and Tax Period | Date of Tax Assessment | Balance of Tax, Interest and Date of Penalties June 27, 2003 | Notices of Federal as of Tax Lien filed in Contra Costa County |
|---|---|---|---|
| Income 1993 | 09/15/1997 | $42,328.41 | 02/28/2001 |
| Income 1994 | 09/15/1997 | 9,003.55 | 02/28/2001 |
| Income 1996 | 12/16/2002 | 38,641.38 | 03/05/2007 |
| Income 1997 | 12/16/2002 | 32,655.21 | 03/05/2007 |
| Income 1998 | 01/06/2003 | 69,623.26 | 03/05/2007 |
| Income 1999 | 12/16/2002 | 94,490.84 | 03/05/2007 |
| Income 2000 | 07/07/2003 | 8,160.35 | 03/05/2007 |
| Income 2001 | 07/04/2005 | 954.98 | 03/05/2007 |

9. Despite timely notice and demand for payment of the assessments described in paragraph 8 above, defendant Marvin K. Moss neglected, failed or refused to pay said assessments, and there remains due and owing on said assessments the sum of $295,857.98 as of September 30, 2007, plus interest accruals and other additions as provided by law, less any credits.

///

## COUNT TWO

## REDUCE ASSESSMENTS TO JUDGMENT AGAINST DEFENDANT MARJORIE MOSS

10. The United States realleges the allegations contained in paragraphs 1 through 9 above, as if fully set forth herein.

11. A delegate of the Secretary of Treasury has made assessments against taxpayer Marjorie Moss for unpaid federal income taxes (Form 1040), penalties and interest for the years 1993 and 1994 as set forth below:

| Tax and Tax Period | Date of Tax Assessment | Balance of Tax, Interest and Date of Penalties June 27, 2003 | Notices of Federal as of Tax Lien filed in Contra Costa County |
|---|---|---|---|
| Income 1993 | 09/15/1997 | $ 375.26 | N/A |
| Income 1994 | 10/20/1997 | 10,560.08 | 03/22/2001 |

12. Despite timely notice and demand for payment of the assessments described in paragraph 11 above, defendant Marjorie Moss neglected, failed or refused to pay said assessments, and there remains due and owing on said assessments the sum of $10,935.34 as of September 30, 2007, plus interest accruals and other additions as provided by law, less any credits.

WHEREFORE, upon its allegations, plaintiff United States of America prays that:

1. The Court determine and adjudge that defendant Marvin K. Moss is indebted to plaintiff United States of America in the sum of $295,857.98, plus interest and statutory additions from September 30, 2007 until paid, as provided by law, for unpaid assessments of federal income tax liabilities as set forth in paragraph 8 above;

2. The Court determine and adjudge that defendant Marjorie Moss is indebted to plaintiff United States of America in the sum of $10,935.34, plus interest and statutory additions from September 30, 2007 until paid, as provided by law, for unpaid assessments of federal income tax liabilities as set forth in paragraph 11 above;

3. Plaintiff United States of America be awarded its costs of suit and attorney's fees; and

4. The Court grant such other and further relief as it deems just and proper.

SCOTT N. SCHOOLS
United States Attorney

DAVID L. DENIER
Assistant United States Attorney
Tax Division