SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6888
  Fax:           (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   C-07-04632-JSW |
| ) | |
| Plaintiff, ) | |
| ) | UNITED STATES' MANAGEMENT |
| v. ) | CONFERENCE STATEMENT |
| ) | |
| MARVIN K. MOSS and ) | |
| MARJORIE MOSS, ) | DATE:      DECEMBER 21, 2007 |
| ) | TIME:       1:30 P.M. |
| Defendants. ) | |

Plaintiff United States of America hereby submits this Case Management Statement.

<u>DESCRIPTION OF CASE</u>

1.   A brief description of the events under lying the action:

This is an action to reduce to judgment outstanding federal tax assessments against defendants Marvin K. Moss and Marjorie Moss. The IRS has made income tax assessments against Marvin K. Moss for the years 1993, 1994, 1996, 1997, 1998, 1999, 2000 and 2001. The balance due on said assessments as of September 30, 2007, was $295,857.98.

The IRS has made income tax assessments against Marjorie Moss for the tax years 1993 and 1994. The balance due on said assessments as of September 30, 2007, was $10,935.34.

On September 12, 2007, defendants Marvin K. Moss and Marjorie Moss were served with copies of the Summons in A Civil Case and the Complaint by Revenue Officer Mark

1  Claybrooks who served the documents by hand-delivering them to Marjorie Moss at 60 Riverside
2  Court, Pittsburg, CA 94565.
3      The defendants have not answered the complaint.
4  2.    The principal factual issues which the parties dispute:
5  None.
6  3.    The principal legal issues which the parties dispute.
7  None.
8  4.    The other factual issues [e.g., service of process, personal jurisdiction, subject matter jurisdiction or venue] which remain unresolved for the reason stated below and how the
9  parties propose to resolve those issues:
10  None.
11  5.    The parties which have not been served and the reasons:
12  All party defendants have been served.
13  6.    The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:
14  
15  None.
16  7.    The following parties consent to assignment of this case to a United States Magistrate Judge for court trial:
17  Not applicable.
18      ALTERNATIVE DISPUTE RESOLUTION
19  8.    The parties have not filed a Stipulation and Proposed Order Selecting an ADR process and the ADR process that the parties jointly request [or a party separately requests] is
20  
21  Not applicable.
22  9.    Please indicate any other information regarding ADR process or deadline.
23  None.
24      DISCLOSURES
25  10.    The parties certify that they have made the following disclosures [list disclosures of persons, documents, damage computations and insurance agreements]:
26  Not applicable.
27
28

US' Management Conf.
Statement (No. C-070210-JSW)    2

11. The parties agree to the following discovery plan [describe the plan e.g., and limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]:

Not applicable.

## TRIAL SCHEDULE

12. The parties request a trial date as follows:

Not applicable.

13. The parties expect that the trial will last for the following number of days:

Not applicable.

14. Actions to be taken:

The United States will take the defendants defaults and then file a motions for default judgments.

          SCOTT N. SCHOOLS
          United States Attorney

          /s/ David L. Denier
          DAVID L. DENIER
          Assistant United States Attorney
          Tax Division

**CERTIFICATE OF SERVICE**

I, <u>KATHY P. TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' MANAGEMENT CONFERENCE STATEMENT

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>December 14, 2007</u> at San Francisco, California.

/s/ Kathy Tat
KATHY P. TAT
Legal Assistant

US' Management Conf.
Statement (No. C-070210-JSW)                     4