United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARVIN K. MOSS, and MARJORIE MOSS<br><br>    Defendants.<br>_____/ | No. C 07-04632 JSW<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The Court has received the Plaintiff's separate Case Management Statement, in which it advises the Court that the Defendants have been served, but have not yet appeared, and that it intends to take their default.

The Court HEREBY CONTINUES the case management conference set for December 21, 2007 at 1:30 p.m. to Friday, February 8, 2008 at 1:30 p.m. In the event Plaintiff files for and receives an entry of default before that date, the case management conference shall be vacated without further order of this Court.

Plaintiff is FURTHER ORDERED to serve a copy of this Order on Defendants, and to file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: December 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE