```
SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax:       (415) 436-6748

Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. C-07-4632-JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) DECLARATION OF |
| | ) MARK CLAYBROOKS |
| MARVIN K. MOSS and | ) |
| MARJORIE MOSS, | ) |
| Defendants. | ) |

I, MARK CLAYBROOKS, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.  I am a duly employed revenue officer of the Internal Revenue Service with post of duty in Walnut Creek, California, and performing my duties under the Area Director of Internal Revenue, Oakland, California.

2.  Pursuant to the request of Assistant United States Attorney David L. Denier, on September 12, 2007, I personally served copies of a Summons In A Civil Case and the Complaint in the above-captioned case, together with copies of Civil Standing Orders and the ECF Registration Handbook and Public Notice, upon Marvin K. Moss by leaving said documents with Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565, the dwelling house or usual place of abode of Marvin K. Moss.

///

3. Pursuant to the request of Assistant United States Attorney David L. Denier, on September 12, 2007, I personally served copies of a Summons In A Civil Case and the Complaint in the above-captioned case, together with copies of Civil Standing Orders and the ECF Registration Handbook and Public Notice, upon Marjorie Moss by hand-delivering said documents to Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December _14_, 2007, at Walnut Creek, California.

_____
MARK CLAYBROOKS

1           CERTIFICATE OF SERVICE

2      I, <u>KATHY P. TAT</u> declare:

3      That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

      I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

DECLARATION OF MARK CLAYBROOKS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      Executed on <u>December 18, 2007</u> at San Francisco, California.

                                    KATHY P. TAT
                                    Legal Assistant

Declaration Of Mark Claybrooks
C-07-4632-JSW                                    3