SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6888
  Fax: (415) 436-6748

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. C-07-04632-JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MARVIN K. MOSS AND MARJORIE MOSS |
| MARVIN K. MOSS and MARJORIE MOSS, | ) |
| Defendants. | ) |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff United States of America hereby requests that the Clerk of the Court enter the defaults of defendants Marvin K. Moss and Marjorie Moss. This request is supported by the declaration of David L. Denier.

SCOTT N. SCHOOLS
United States Attorney

DAVID L. DENIER
Assistant United States Attorney
Tax Division

## CERTIFICATE OF SERVICE

I, <u>KATHY P. TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MARVIN K. MOSS AND MARJORIE MOSS and DECLARATION OF DAVID L. DENIER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>December 19, 2007</u> at San Francisco, California.

_____
KATHY P. TAT
Legal Assistant