1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T78O)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888
     Fax:       (415) 436-6748
7
   Attorneys for the United States of America
8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        ) NO.  C-07-04632-JSW
                                      )
13 |        Plaintiff,                )
                                      ) **DECLARATION OF DAVID L.**
14 |   v.                             ) **DENIER IN SUPPORT OF**
                                      ) **REQUEST FOR ENTRY**
15 | MARVIN K. MOSS and               ) **OF DEFAULT**
     MARJORIE MOSS,                   )
16 |                                  )
            Defendants.               )
17 |_____)

18         I, DAVID L. DENIER, pursuant to 28 U.S.C. § 1746, declare and state as follows:

19         1.     I am a member of the bar of this Court, a duly-appointed Assistant United States

20 Attorney for the Northern District of California, and an officer of this Court, with office as above

21 shown, and I am an attorney appearing of record for the United States in the above entitled

22 action.

23         2.     On September 7, 2007, the United States filed a complaint against defendants

24 Marvin K. Moss and Marjorie Moss seeking to reduce to judgment certain outstanding federal

25 tax assessments against the defendants.

26         3.     In accordance with Rule 4(e)(2) of the Federal Rules of Civil Procedure, on

27 September 12, 2007, Revenue Officer Mark Claybrooks personally served copies of a Summons

28 In A Civil Case and the Complaint in this case, together with copies of Civil Standing Orders and

1  the ECF Registration Handbook and Public Notice, upon Marvin K. Moss by leaving said
2  documents with Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565, the dwelling house
3  or usual place of abode of Marvin K. Moss.  See Declaration of Mark Claybrooks filed December
4  18, 2007.
5       4.    In accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure, on
6  September 12, 2007, Revenue Officer Mark Claybrooks personally served copies of a Summons
7  In A Civil Case and the Complaint in this case, together with copies of Civil Standing Orders and
8  the ECF Registration Handbook and Public Notice, upon Marjorie Moss by hand-delivering said
9  documents to Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565.  See Declaration of
10 Mark Claybrooks filed December 18, 2007.
11      5.    Rule 12(a)(1) of the Federal Rules of Civil Procedure provide that a defendant
12 shall serve an answer within 20 days after being served with the summons and complaint.
13      6.    Defendant Marvin K. Moss has not filed and served an answer to the Complaint.
14      7.    Defendant Marjorie Moss has not filed and served an answer to the Complaint.
15      8.    Rule 55(a) of the Federal Rules of Civil Procedure provides that when a party
16 against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend
17 as provided by the Federal Rule of Civil Procedure and that fact is made to appear by affidavit or
18 otherwise, the clerk shall enter the party's default.
19      I declare under penalty of perjury that the foregoing is true and correct.
20      Executed this 19th day of December, 2007, at San Francisco, California.

_____
DAVID L. DENIER