**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 18, 2008

RE:  CV 07-04632 JSW          USA-v- MARVIN K. MOSS

Default is entered as to Marvin K. Moss and Marjorie Moss on January 18, 2008.

                RICHARD W. WIEKING, Clerk

                *(signature)*

                byHilary D. Jackson
                Case Systems Administrator

NDC TR-4  Rev. 3/89