JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax:         (415) 436-6748

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   C-07-04632-JSW |
| Plaintiff, | |
| v. | MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| MARVIN K. MOSS and MARJORIE MOSS, | AND ORDER THEREON |
| Defendants. | |

On December 21, 2007, the United States appeared for an initial Case Management Conference. The government reported that the defendants had been served, but had not answered the complaint. The government further stated that it would take the defendants defaults and then file motions for default judgments. The government filed a request for entry of default against each defendant on December 19, 2007. The Clerk of the Court entered the defendants' defaults on January 18, 2008. Government counsel is presently preparing for trial before Judge Jensen in **United States v. Kenneth Gerald Bordewick**, No. CR-06-0022-DLJ, which commences February 11, 2008. The pretrial conference is set for February 8, 2008, at 11:00 a.m. The government will file its motions for default judgment after this trial is completed. The government, therefore,

///

1 respectfully requests that the Case Management Conference set for February 8, 2008, at 1:30 p.m. be continued for 30 days..

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

Plaintiff's motion is GRANTED. Plaintiff, however, is advised that any further requests to continue case management conferences shall be submitted on the date the case management statement is due. Further, Plaintiff is reminded that a proposed order must be submitted with all motions.

The case management conference scheduled for February 8, 2008, at 1:30 p.m. is HEREBY CONTINUED to March 7, 2008, at 1:30 p.m. Plaintiff must file its motion for default judgment by no later than February 29, 2008, or file a request to extend that deadline which shows good cause for such an extension. If Planitiff files a motion for default judgment on or before February 29, 2008, the case management conference shall be vacated.

February 6, 2008

*Jeffrey S White*

CERTIFICATE OF SERVICE

I, KATHY P. TAT declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

MOTION TO CONTINUED CASE MANAGEMENT CONFERENCE

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ PERSONAL SERVICE (BY MESSENGER)

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 6, 2008 at San Francisco, California.

/s/ Kathy Tat
KATHY P. TAT
Legal Assistant

Mot. To Cont. CMC
 (No. C-07-04632-JSW)                3