1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T78O)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6888
     Fax:       (415) 436-6748
7
   Attorneys for the United States of America
8

9         IN THE UNITED STATES DISTRICT COURT FOR THE

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,          )  NO.   C-07-04632-JSW
                                       )
13              Plaintiff,             )
                                       )  DECLARATION OF DAVID L.
14       v.                            )  DENIER IN SUPPORT OF
                                       )  MOTION FOR ENTRY OF
15  MARVIN K. MOSS and                 )  DEFAULT JUDGMENT
    MARJORIE MOSS,                     )  AGAINST MARVIN K. MOSS
                                       )  AND MARJORIE MOSS
16              Defendants.            )
                                       )
17  _____)

18       I, DAVID L. DENIER, pursuant to 28 U.S.C. § 1746, declare and state as follows:

19       1.       I am a member of the bar of this Court, a duly-appointed Assistant United States

20  Attorney for the Northern District of California, and an officer of this Court, with office as above

21  shown, and I am an attorney appearing of record for the United States in the above entitled

22  action.

23       2.       On September 7, 2007, the United States filed a complaint against defendants

24  Marvin K. Moss and Marjorie Moss seeking to reduce to judgment certain outstanding federal

25  tax assessments against the defendants.

26       3.       In accordance with Rule 4(e)(2) of the Federal Rules of Civil Procedure, on

27  September 12, 2007, Revenue Officer Mark Claybrooks personally served copies of a Summons

28  In A Civil Case and the Complaint in this case upon Marvin K. Moss by leaving said documents

1   with Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565, the dwelling house or usual

2   place of abode of Marvin K. Moss.  See Declaration of Mark Claybrooks filed December 18,

3   2007.

4        4.      In accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure, on

5   September 12, 2007, Revenue Officer Mark Claybrooks personally served copies of a Summons

6   In A Civil Case and the Complaint in this case upon Marjorie Moss by hand-delivering said

7   documents to Marjorie Moss at 60 Riverside Court, Pittsburg, CA 94565.  See Declaration of

8   Mark Claybrooks filed December 18, 2007.

9        5.      Defendants Marvin K. Moss and Marjorie Moss failed to file and serve answers to

10   the Complaint.

11       6.      On January 18, 2008, the Clerk of the Court entered the defaults of defendants

12   Marvin K. Moss and Marjorie Moss.

13       7.      Attached hereto as Exhibits 1 through 8 are true and correct copies of the

14   Certificate of Assessments and Payments for the 1993, 1994, 1996, 1997, 1998, 1999, 2000 and

15   2001 income tax years for Marvin  K. Moss.

16       8.      Attached hereto as Exhibits 9 and 10 are true and correct copies of the

17   Certificate of Assessments and Payments for the 1993 and 1994 income tax years for Marjorie

18   Moss.

19       I declare under penalty of perjury that the foregoing is true and correct.

20       Executed this 27th day of February, 2008, at San Francisco, California.

21

22                                                    _____

23                                                    DAVID L. DENIER

24

25

26

27

28

# EXHIBIT 1



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin K. Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 1993

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME 54,201.00 | | | |
| | TAXABLE INCOME 48,751.00 | | | |
| 10-02-1996 | SUBSTITUTE FOR RETURN 29210-300-25103-6 | | 0.00 | 11-25-1996 |
| | ESTIMATED TAX PENALTY 19973608 | 469.74 | | 09-15-1997 |
| | LATE FILING PENALTY 19973608 | 2,807.25 | | 09-15-1997 |
| 04-15-1994 | WITHHOLDING CREDIT | | 156.00 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 89247-634-00443-7 19973608 | 11,385.00 | | 09-15-1997 |
| 09-15-1997 | RENUMBERED RETURN 89247-634-00443-7 | | | |
| | INTEREST ASSESSED 19973608 | 4,929.87 | | 09-15-1997 |
| 01-31-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2001 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1993


|  |  | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS (REVERSAL) | CREDIT (REVERSAL) | DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| 06-23-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054408 | | 2,807.24 | 11-14-2005 |
| 06-18-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-10-1995 | Taxpayer Deliquency Notice | | | |
| 05-01-1995 | Taxpayer Deliquency Notice | | | |
| 09-15-1997 | Statutory Notice of Balance Due | | | |
| 10-06-1997 | Statutory Notice of Intent to Levy | | | |
| 06-09-2003 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


                              ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT      DATE (23C,
                              (REVERSAL)    (REVERSAL)   RAC 006 )
--------------------------------------------------------------------------
11-13-2006 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040 .    TAX PERIOD: DEC  1993
-------------------------------------------------------------------


BALANCE       22,243.10


-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


       ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)              PAGE    4

# EXHIBIT 2

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin K. Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 1994

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARVIN K MOSS                        EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1994

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 20,849.00 | | | |
| | TAXABLE INCOME 15,224.00 | | | |
| | SELF EMPLOYMENT TAX 276.00 | | | |
| 10-02-1996 | SUBSTITUTE FOR RETURN 29210-300-25104-6 | | 0.00 | 11-25-1996 |
| | ESTIMATED TAX PENALTY 19973608 | 132.85 | | 09-15-1997 |
| | LATE FILING PENALTY 19973608 | 640.00 | | 09-15-1997 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 89247-634-00444-7  19973608 | 2,560.00 | | 09-15-1997 |
| 09-15-1997 | RENUMBERED RETURN 89247-634-00444-7 | | | |
| | INTEREST ASSESSED 19973608 | 776.67 | | 09-15-1997 |
| 01-31-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-09-2001 | FEDERAL TAX LIEN | | | |
| 06-23-2003 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054408 | | 640.00 | 11-14-2005 |
| 06-18-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 09-15-1997 | Statutory Notice of Balance Due | | | |
| 10-06-1997 | Statutory Notice of Intent to Levy | | | |
| 06-09-2003 | Statutory Notice of Intent to Levy | | | |
| 11-13-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

--------------------------------------------------------------------------------

MARVIN K MOSS                          EIN/SSN: 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
                                                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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994

--------------------------------------------------------------------------------


BALANCE        4,749.52


--------------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


--------------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    David R. Martin

TITLE:    Chief, Accounting Operations

DELEGATION ORDER:    WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)              PAGE    3

# EXHIBIT 3

# United States  of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin K. Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 1996

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARVIN K MOSS                        EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|            | ADJUSTED GROSS INCOME 40,776.00 | | | |
|            | TAXABLE INCOME 34,876.00 | | | |
|            | SELF EMPLOYMENT TAX 6,196.00 | | | |
| 04-28-1998 | SUBSTITUTE FOR RETURN 89210-122-25115-8 | 0.00 | | 06-01-1998 |
|            | LATE FILING PENALTY 20024908 | 3,004.87 | | 12-16-2002 |
|            | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-729-00045-2  20024908 | 13,355.00 | | 12-16-2002 |
| 12-16-2002 | RENUMBERED RETURN 29247-729-00045-2 | | | |
|            | INTEREST ASSESSED 20024908 | 9,208.69 | | 12-16-2002 |
|            | FAILURE TO PAY TAX PENALTY 20024908 | 3,338.75 | | 12-16-2002 |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-30-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARVIN K MOSS                    EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-02-2007 | FEDERAL TAX LIEN | | | |
| 03-26-2007 | FEES AND COLLECTION COSTS | | 14.00 | |
| 02-23-1998 | Taxpayer Deliquency Notice | | | |
| 03-16-1998 | Taxpayer Deliquency Notice | | | |
| 12-16-2002 | Statutory Notice of Balance Due | | | |
| 01-20-2003 | Notice of Balance Due | | | |
| 02-24-2003 | Notice of Balance Due | | | |
| 05-05-2003 | Statutory Notice of Intent to Levy | | | |
| 11-13-2006 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARVIN K MOSS                         EIN/SSN: 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
                                      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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1996
-----------------------------------------------------------------------


BALANCE        28,921.31

-----------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:     David R. Martin

TITLE:          Chief, Accounting Operations

DELEGATION ORDER:     WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)            PAGE    3

# EXHIBIT 4



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other
Specified Matters for Marvin Moss, Social Security Numbers: 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 and 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
respectively, covering United States Individual Income Tax for the period ending December 31, 1997

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand,
and caused the seal of this office to be affixed, on the day
and year first above written.

By direction of the Secretary of the Treasury:



David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MARVIN MOSS                       EIN/SSN: 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
                                           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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                   ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT    DATE (23C,
                                    (REVERSAL)    (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
                   37,702.00

           TAXABLE INCOME
                   31,602.00

           SELF EMPLOYMENT TAX
                   5,722.00

12-15-2000 SUBSTITUTE FOR RETURN                      0.00    01-08-2001
           29210-351-25732-0

           ESTIMATED TAX PENALTY        636.54               12-16-2002
           20024908

           LATE FILING PENALTY        2,677.05               12-16-2002
           20024908

04-15-1998 WITHHOLDING CREDIT                         1.00

           ADDITIONAL TAX ASSESSED   11,899.00               12-16-2002
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           29247-729-00042-2  20024908

12-16-2002 RENUMBERED RETURN
           29247-729-00042-2

           INTEREST ASSESSED         6,252.28               12-16-2002
           20024908

           FAILURE TO PAY TAX        2,974.50               12-16-2002
           PENALTY
           20024908

02-09-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

01-29-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

FORM 4340  (REV. 01-2002)                 PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|

-----------------------------------------------------------------------

01-30-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-02-2007 FEDERAL TAX LIEN

08-09-1999 Taxpayer Deliquency Notice

12-16-2002 Statutory Notice of Balance Due

01-20-2003 Notice of Balance Due

02-24-2003 Notice of Balance Due

03-31-2003 Statutory Notice of Intent to Levy

11-13-2006 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)                  PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1997
------------------------------------------------------------------------


BALANCE       24,438.37
------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    David R. Martin

TITLE:    Chief, Accounting Operations

DELEGATION ORDER:    WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 08/24/2007

FORM 4340 (REV. 01-2002)          PAGE    3

# EXHIBIT 5

# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 1998.

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

```
MARVIN MOSS                        EIN/SSN: 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
                                            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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1998
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-----------|-----------|-----------|
| | ADJUSTED GROSS INCOME 73,832.00 | | | |
| | TAXABLE INCOME 67,582.00 | | | |
| | SELF EMPLOYMENT TAX 10,599.00 | | | |
| 12-15-2000 | SUBSTITUTE FOR RETURN 29210-351-25733-0 | 0.00 | | 01-08-2001 |
| | ESTIMATED TAX PENALTY 20025208 | 1,247.36 | | 01-06-2003 |
| | LATE FILING PENALTY 20025208 | 6,133.50 | | 01-06-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-750-00058-2  20025208 | 27,260.00 | | 01-06-2003 |
| 01-06-2003 | RENUMBERED RETURN 29247-750-00058-2 | | | |
| | INTEREST ASSESSED 20025208 | 10,910.63 | | 01-06-2003 |
| | FAILURE TO PAY TAX PENALTY 20025208 | 6,133.50 | | 01-06-2003 |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| | FAILURE TO PAY TAX PENALTY 20054408 | 681.50 | | 11-14-2005 |

```
FORM 4340  (REV. 01-2002)           PAGE    1
```

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

MARVIN MOSS                        EIN/SSN: 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
                                            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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1998



                                   ASSESSMENT,   PAYMENT,    ASSESSMENT
                                   OTHER DEBITS   CREDIT     DATE (23C,
DATE       EXPLANATION OF TRANSACTION (REVERSAL)  (REVERSAL)  RAC 006 )
-----------------------------------------------------------------------------------

01-29-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-30-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-02-2007 FEDERAL TAX LIEN

01-06-2003 Statutory Notice of Balance Due

02-10-2003 Notice of Balance Due

03-17-2003 Notice of Balance Due

04-21-2003 Statutory Notice of Intent to Levy

11-13-2006 Statutory Notice of Balance Due


FORM 4340  (REV. 01-2002)              PAGE    2
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1998
------------------------------------------------------------------------

BALANCE          52,366.49

------------------------------------------------------------------------

I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____
                    David R. Martin
PRINT NAME:_____
                  Chief, Accounting Operations
TITLE:_____
                     WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


         ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)              PAGE     3

# EXHIBIT 6



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 1999

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 106,435.00 | | | |
| | TAXABLE INCOME 100,635.00 | | | |
| | SELF EMPLOYMENT TAX 12,011.00 | | | |
| 12-15-2000 | SUBSTITUTE FOR RETURN 29210-351-25415-0 | | 0.00 | 01-08-2001 |
| | ESTIMATED TAX PENALTY 20024908 | 1,931.84 | | 12-16-2002 |
| | LATE FILING PENALTY 20024908 | 8,981.32 | | 12-16-2002 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-729-00041-2  20024908 | 39,917.00 | | 12-16-2002 |
| 12-16-2002 | RENUMBERED RETURN 29247-729-00041-2 | | | |
| | INTEREST ASSESSED 20024908 | 10,758.92 | | 12-16-2002 |
| | FAILURE TO PAY TAX PENALTY 20024908 | 6,586.30 | | 12-16-2002 |
| 05-19-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-26-2003 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999


|      |                              | ASSESSMENT,   | PAYMENT,   | ASSESSMENT |
|      |                              | OTHER DEBITS  | CREDIT     | DATE (23C, |
| DATE | EXPLANATION OF TRANSACTION   | (REVERSAL)    | (REVERSAL) | RAC 006 )  |

-----------------------------------------------------------------------

02-09-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

01-29-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

01-30-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-02-2007 FEDERAL TAX LIEN

12-16-2002 Statutory Notice of Balance Due

01-20-2003 Notice of Balance Due

02-24-2003 Notice of Balance Due

03-31-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1999
-------------------------------------------------------------------------------


BALANCE       68,175.38


-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:_____David R. Martin_____

TITLE:_____Chief, Accounting Operations_____

DELEGATION ORDER:_____WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)          PAGE    3

# EXHIBIT 7



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 2000

under the custody of this office.



IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARVIN MOSS                        EIN/SSN: 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
                                            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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|-----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 15,608.00 | | | |
| | TAXABLE INCOME 9,133.00 | | | |
| | SELF EMPLOYMENT TAX 2,364.00 | | | |
| 05-29-2002 | SUBSTITUTE FOR RETURN 29210-159-25744-2 | | 0.00 | 07-08-2002 |
| | ESTIMATED TAX PENALTY 20032608 | | 199.39 | 07-07-2003 |
| | LATE FILING PENALTY 20032608 | | 839.93 | 07-07-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-567-00005-3  20032608 | | 3,733.00 | 07-07-2003 |
| 07-07-2003 | RENUMBERED RETURN 29247-567-00005-3 | | | |
| | INTEREST ASSESSED 20032608 | | 675.04 | 07-07-2003 |
| | FAILURE TO PAY TAX PENALTY 20032608 | | 503.95 | 07-07-2003 |
| 02-09-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE   1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2000


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|

----------------------------------------------------------------------

01-30-2007 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

03-02-2007 FEDERAL TAX LIEN

08-05-2002 Taxpayer Deliquency Notice

09-30-2002 Taxpayer Deliquency Notice

07-07-2003 Statutory Notice of Balance Due

07-28-2003 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

----------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 2000
----------------------------------------------------------------


BALANCE        5,951.31


----------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


----------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _____
                                 David R. Martin
PRINT NAME:_____
                                 Chief, Accounting Operations
TITLE:_____
                                 WI-11-5
DELEGATION ORDER:_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)              PAGE     3

# EXHIBIT 8



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marvin Moss, Social Security Numbers: 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 and 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 respectively, covering United States Individual Income Tax for the period ending December 31, 2001

under the custody of this office.

IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:



David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARVIN MOSS                      EIN/SSN: 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
                                          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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
|      | ADJUSTED GROSS INCOME 3,193.00 | | | |
|      | SELF EMPLOYMENT TAX 480.00 | | | |
| 12-10-2004 | SUBSTITUTE FOR RETURN 29210-888-00000-4 | | 0.00 | 12-27-2004 |
|      | LATE FILING PENALTY 20052508 | | 108.00 | 07-04-2005 |
|      | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-567-00508-5  20052508 | | 480.00 | 07-04-2005 |
| 07-04-2005 | RENUMBERED RETURN 29247-567-00508-5 | | | |
|      | INTEREST ASSESSED 20052508 | | 104.19 | 07-04-2005 |
|      | FAILURE TO PAY TAX PENALTY 20052508 | | 93.60 | 07-04-2005 |
| 10-03-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 01-29-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 01-30-2007 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------

MARVIN MOSS                        EIN/SSN: 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
                                            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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-02-2007 | FEDERAL TAX LIEN | | | |
| 07-04-2005 | Statutory Notice of Balance Due | | | |
| 08-08-2005 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARVIN MOSS                          EIN/SSN: 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
                                              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


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 2001
--------------------------------------------------------------------


BALANCE          785.79


--------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN. I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


--------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _David R. Martin_

PRINT NAME: _David R. Martin_____

TITLE: _Chief, Accounting Operations_____

DELEGATION ORDER: _WI-11-5_____


LOCATION: INTERNAL REVENUE SERVICE


     ACCOUNT STATUS DATE 08/24/2007

FORM 4340 (REV. 01-2002)              PAGE    3

# EXHIBIT 9



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marjorie M. Moss, Social Security Numbers: 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 and 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*, covering United States Individual Income Tax for the period ending December 31, 1993

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
|      | ADJUSTED GROSS INCOME 40,435.00 | | | |
|      | TAXABLE INCOME 34,985.00 | | | |
| 10-02-1996 | SUBSTITUTE FOR RETURN 29210-300-25101-6 | 0.00 | | 11-25-1996 |
|      | ESTIMATED TAX PENALTY 19973608 | 299.57 | | 09-15-1997 |
|      | LATE FILING PENALTY 19973608 | 1,793.50 | | 09-15-1997 |
| 04-15-1994 | WITHHOLDING CREDIT | | 221.00 | |
|      | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 89247-634-00625-7  19973608 | 7,395.00 | | 09-15-1997 |
| 09-15-1997 | RENUMBERED RETURN 89247-634-00625-7 | | | |
|      | INTEREST ASSESSED 19973608 | 3,149.61 | | 09-15-1997 |
| 06-15-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 753.09 | |
| 07-13-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 753.09 | |
| 09-08-1998 | SUBSEQUENT PAYMENT | | 347.25 | |

FORM 4340  (REV. 01-2002)                    PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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×


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|--------------------------------|
| 10-05-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 464.05 | |
| 11-02-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 725.25 | |
| 12-02-1998 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 425.25 | |
| 01-06-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 425.25 | |
| 03-01-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 165.26 | |
| 04-02-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 521.25 | |
| 05-03-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 600.00 | |
| 05-30-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 483.40 | |
| 06-11-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 31.66 | |
| 06-07-1999 | INTENT TO LEVY COLLECTION, DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 06-10-1999 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 07-06-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 576.92 | |
| 10-07-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 60.91 | |
| 11-01-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 91.35 | |
| 12-02-1999 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 473.90 | |
| 01-03-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 456.29 | |
| 02-04-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 233.10 | |
| 03-02-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 521.83 | |
| 04-03-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 473.28 | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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×


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1993

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| 05-01-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 511.44 | |
| 06-05-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 309.94 | |
| 07-03-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 784.48 | |
| 08-14-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 784.48 | |
| 10-02-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 318.99 | |
| 11-02-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 435.19 | |
| 11-27-2000 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-04-2000 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 453.19 | |
| 01-02-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 453.19 | |
| | FAILURE TO PAY TAX PENALTY 20010408 | 216.60 | | 02-05-2001 |

FORM 4340  (REV. 01-2002)              PAGE    4

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
| 02-05-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 40.07 | |
| | FAILURE TO PAY TAX PENALTY 20010708 | | 40.07 | 02-26-2001 |
| 03-05-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 453.19 | |
| | FAILURE TO PAY TAX PENALTY 20011108 | | 453.19 | 03-26-2001 |
| 03-16-2001 | INSTALLMENT AGREEMENT | | | |
| 04-09-2001 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-02-2001 | SUBSEQUENT PAYMENT MISCELLANEOUS PAYMENT | | 453.19 | |
| | INTEREST ASSESSED 20011508 | | 51.14 | 04-23-2001 |
| | FAILURE TO PAY TAX PENALTY 20011508 | | 402.05 | 04-23-2001 |

FORM 4340  (REV. 01-2002)          PAGE    5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------------

MARJORIE M MOSS                         EIN/SSN: 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
                                                 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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993


                                        ASSESSMENT,    PAYMENT,   ASSESSMENT
         DATE    EXPLANATION OF TRANSACTION   OTHER DEBITS   CREDIT   DATE (23C,
                                         (REVERSAL)   (REVERSAL)  RAC 006 )
----------------------------------------------------------------------------------

05-02-2001 SUBSEQUENT PAYMENT                            453.19
           MISCELLANEOUS PAYMENT

           INTEREST ASSESSED              453.19                 05-28-2001
           20012008

06-07-2001 SUBSEQUENT PAYMENT                            453.19
           MISCELLANEOUS PAYMENT

           INTEREST ASSESSED              453.19                 07-09-2001
           20012608

07-02-2001 SUBSEQUENT PAYMENT                            453.19
           MISCELLANEOUS PAYMENT

           INTEREST ASSESSED              453.19                 07-30-2001
           20012908

08-19-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

08-05-2002 REVERSES ACTIVE
           INSTALLMENT AGREEMENT

04-01-2006 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    6
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|---------------------------------|
| 04-24-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 05-29-2006 | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED | | | |
| 08-28-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |
| 08-16-2006 | SUBSEQUENT PAYMENT | | 74.52 | |
| | INTEREST ASSESSED 20063408 | 74.52 | | 09-04-2006 |
| 09-10-2006 | SUBSEQUENT PAYMENT LEVY | | 24.46 | |
| | INTEREST ASSESSED 20063808 | 24.46 | | 10-02-2006 |

FORM 4340  (REV. 01-2002)              PAGE   7

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

MARJORIE M MOSS                  EIN/SSN: 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
                                          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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|------------------------------------|----------------------------|--------------------------------|
| 09-20-2006 | SUBSEQUENT PAYMENT | | 74.52 | |
| | INTEREST ASSESSED 20063908 | 74.52 | | 10-09-2006 |
| 10-08-2006 | SUBSEQUENT PAYMENT LEVY | | 24.46 | |
| | INTEREST ASSESSED 20064208 | 24.46 | | 10-30-2006 |
| 10-18-2006 | SUBSEQUENT PAYMENT | | 74.52 | |
| | INTEREST ASSESSED 20064308 | 74.52 | | 11-06-2006 |
| 11-05-2006 | SUBSEQUENT PAYMENT LEVY | | 24.46 | |
| | INTEREST ASSESSED 20064608 | 24.46 | | 11-27-2006 |
| 11-15-2006 | SUBSEQUENT PAYMENT | | 74.52 | |
| | INTEREST ASSESSED 20064808 | 74.52 | | 12-11-2006 |

FORM 4340  (REV. 01-2002)              PAGE    8

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MARJORIE M MOSS                        EIN/SSN: 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
                                                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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993


                                 ASSESSMENT,   PAYMENT,   ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT     DATE (23C,
                                 (REVERSAL)   (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

12-08-2006 SUBSEQUENT PAYMENT                         24.46

           INTEREST ASSESSED            24.46         01-01-2007
           20065108

12-20-2006 SUBSEQUENT PAYMENT                         74.52

           INTEREST ASSESSED            74.52         01-08-2007
           20065208

01-08-2007 SUBSEQUENT PAYMENT                         24.46
           LEVY

01-17-2007 SUBSEQUENT PAYMENT                         76.54

           INTEREST ASSESSED           101.00         02-05-2007
           20070408

02-05-2007 SUBSEQUENT PAYMENT                         24.46
           LEVY

           INTEREST ASSESSED            24.46         02-26-2007
           20070708

02-21-2007 SUBSEQUENT PAYMENT                         76.54

FORM 4340  (REV. 01-2002)              PAGE    9
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|---------------------------|--------------------------------|
| | INTEREST ASSESSED 20070908 | 76.54 | | 03-12-2007 |
| 03-05-2007 | SUBSEQUENT PAYMENT LEVY | | 24.46 | |
| | INTEREST ASSESSED 20071108 | 24.46 | | 03-26-2007 |
| 03-21-2007 | SUBSEQUENT PAYMENT | | 76.54 | |
| | INTEREST ASSESSED 20071308 | 76.54 | | 04-09-2007 |
| 04-05-2007 | SUBSEQUENT PAYMENT LEVY | | 24.46 | |
| | INTEREST ASSESSED 20071608 | 24.46 | | 04-30-2007 |
| 04-18-2007 | SUBSEQUENT PAYMENT | | 76.54 | |
| | INTEREST ASSESSED 20071708 | 76.54 | | 05-07-2007 |
| 05-07-2007 | SUBSEQUENT PAYMENT LEVY | | 39.01 | |

FORM 4340  (REV. 01-2002)              PAGE   10

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1993


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | INTEREST ASSESSED 20072008 | 39.01 | | 05-28-2007 |
| 05-16-2007 | SUBSEQUENT PAYMENT | | 76.54 | |
| | INTEREST ASSESSED 20072108 | 76.54 | | 06-04-2007 |
| 06-10-2007 | SUBSEQUENT PAYMENT LEVY | | 39.01 | |
| | INTEREST ASSESSED 20072508 | 39.01 | | 07-02-2007 |
| 06-20-2007 | SUBSEQUENT PAYMENT | | 76.54 | |
| | INTEREST ASSESSED 20072608 | 76.54 | | 07-09-2007 |
| 07-16-2007 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2007 | SUBSEQUENT PAYMENT LEVY | | 39.01 | |

FORM 4340  (REV. 01-2002)          PAGE   11

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1993.


|  | | ASSESSMENT, | PAYMENT, | ASSESSMENT |
| DATE | EXPLANATION OF TRANSACTION | OTHER DEBITS | CREDIT | DATE (23C, |
|  | | (REVERSAL) | (REVERSAL) | RAC 006 ) |
| --- | --- | --- | --- | --- |
|  | INTEREST ASSESSED<br>20072908 | | 39.01 | 07-30-2007 |
| 08-06-2007 | SUBSEQUENT PAYMENT<br>LEVY | | 39.01 | |
|  | INTEREST ASSESSED<br>20073308 | | 39.01 | 08-27-2007 |
| 04-10-1995 | Taxpayer Deliquency Notice | | | |
| 05-01-1995 | Taxpayer Deliquency Notice | | | |
| 09-15-1997 | Statutory Notice of Balance Due | | | |
| 10-06-1997 | Statutory Notice of Intent to Levy | | | |


FORM 4340  (REV. 01-2002)              PAGE   12

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC 1993
-------------------------------------------------------------------


BALANCE           0.00

-------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    David R. Martin

TITLE:    Chief, Accounting Operations

DELEGATION ORDER:    WI-11-5


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)           PAGE   13

# EXHIBIT 10

**United States**  **of America**

### Department of the Treasury
### Internal Revenue Service

Date: September 06, 2007

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Marjorie M. Moss, Social Security Numbers: 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 and 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*, covering United States Individual Income Tax for the period ending December 31, 1994

under the custody of this office.



IN WITNESS WHEREOF,  I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

David R. Martin
Chief, Accounting Operations

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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*


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  1994


                                ASSESSMENT,   PAYMENT,    ASSESSMENT
DATE      EXPLANATION OF TRANSACTION  OTHER DEBITS  CREDIT   DATE (23C,
                                (REVERSAL)   (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

          ADJUSTED GROSS INCOME
                  25,668.00

          TAXABLE INCOME
                  20,043.00

          SELF EMPLOYMENT TAX
                  138.00

10-02-1996 SUBSTITUTE FOR RETURN              0.00        11-25-1996
           29210-300-25102-6

           ESTIMATED TAX PENALTY          158.49        10-20-1997
           19974108

           LATE FILING PENALTY           769.00        10-20-1997
           19974108

04-15-1995 WITHHOLDING CREDIT                      199.00

           ADDITIONAL TAX ASSESSED      3,275.00        10-20-1997
           BY EXAMINATION
           AUDIT DEFICIENCY PER
           DEFAULT OF 90 DAY LETTER
           89247-672-00542-7  19974108

10-20-1997 RENUMBERED RETURN
           89247-672-00542-7

           INTEREST ASSESSED            974.64        10-20-1997
           19974108

06-07-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

06-10-1999 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

11-27-2000 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                           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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| 03-16-2001 | INSTALLMENT AGREEMENT | | | |
| 03-23-2001 | FEDERAL TAX LIEN | | | |
| 04-16-2001 | FEES AND COLLECTION COSTS | | 14.00 | |
| 04-09-2001 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-19-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-05-2002 | REVERSES ACTIVE INSTALLMENT AGREEMENT | | | |
| 04-01-2006 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-24-2006 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-29-2006 | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------

MARJORIE M MOSS                      EIN/SSN: 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
                                              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×


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1994


|                |                                                                | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|----------------|----------------------------------------------------------------|------|-------|------|
| DATE           | EXPLANATION OF TRANSACTION                                     |      |       |      |
| 05-29-2006     | FINAL NOTICE BEFORE LEVY ON SOCIAL SECURITY BENEFITS GENERATED AND MAILED |      |       |      |
| 07-30-2007     | FEDERAL PAYMENT MATCHED OR LEVIED THROUGH FEDERAL PAYMENT LEVY PROGRAM GENERATED AND MAILED |      |       |      |
| 07-18-2007     | SUBSEQUENT PAYMENT                                             |      | 76.54 |      |
| 08-20-2007     | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM           |      |       |      |
| 08-15-2007     | SUBSEQUENT PAYMENT                                             |      | 76.54 |      |
| 10-20-1997     | Statutory Notice of Balance Due                               |      |       |      |
| 11-10-1997     | Statutory Notice of Intent to Levy                            |      |       |      |


FORM 4340  (REV. 01-2002)                    PAGE    3

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MARJORIE M MOSS                    EIN/SSN: 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
                                            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x


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC 1994
------------------------------------------------------------------------


BALANCE       4,839.05


------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.


------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER:

PRINT NAME:    David R. Martin

TITLE:    Chief, Accounting Operations

DELEGATION ORDER:    WI-11-5


LOCATION: INTERNAL REVENUE SERVICE


          ACCOUNT STATUS DATE 08/24/2007

FORM 4340  (REV. 01-2002)                PAGE    4
```