JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-6888
  Fax:            (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) | NO.  C-07-04632-JSW |
|---|---|---|
| **Plaintiff,** | ) | |
| | ) | **DECLARATION OF MICHAEL** |
| v. | ) | **NORRIS IN SUPPORT OF** |
| | ) | **MOTION FOR ENTRY OF** |
| MARVIN K. MOSS and | ) | **DEFAULT JUDGMENT** |
| MARJORIE MOSS, | ) | **AGAINST MARVIN K. MOSS** |
| | ) | **AND MARJORIE MOSS** |
| **Defendants.** | ) | |

     I, MICHAEL NORRIS, pursuant to 28 U.S.C. § 1746, declare and state as follows:

     1.    I am a duly employed Advisor with Advisory, Insolvency and Quality within the Internal Revenue Service with post of duty in Oakland, California, and performing my duties under the Area Director of Internal Revenue, Oakland, California.

     2.    At the request of Assistant United States Attorney David L. Denier, I calculated the balance due effective April 11, 2008, on the income tax accounts for Marvin K. Moss for the tax years 1993, 1994, 1996, 1997, 1998, 1999, 2000 and 2001, and the balance due effective April 11, 2008, on the income tax accounts for Marjorie Moss for the tax years 1993 and 1994.

///

///

///

3. For Marvin K. Moss, computing interest and statutory additions to tax to April 11, 2008, the balance due for the tax years at issue are as follows:

| Tax Year | Balance Due As of April 11, 2008 |
|---|---|
| 1993 | $ 42,554.37 |
| 1994 | 9,367.87 |
| 1996 | 40,205.03 |
| 1997 | 33,976.64 |
| 1998 | 72,440.63 |
| 1999 | 98,177.19 |
| 2000 | 8,473.20 |
| 2001 | 992.55 |
| Total | $306,187.48 |

4. For Marjorie Moss, computing interest and statutory additions to tax to April 11, 2008, the balance due for the tax years at issue are as follows:

| Tax Year | Balance Due As of April 11, 2008 |
|---|---|
| 1993 | $    189.25 |
| 1994 | 10,970.71 |
| Total | $ 11,159.96 |

The $189.25 due for 1993 consists of accrued interest. The assessed taxes, penalties and interest have been paid for 1993.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of February, 2008, at Oakland, California.

/s/ Michael Norris
MICHAEL NORRIS

Decl. Of Michael Norris In Supp. Of Mtn. For
Entry of Default Judgmt (No. C-07-4632-JSW)            2

CERTIFICATE OF SERVICE

I, KATHY P. TAT declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNITED STATES' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS MARVIN K. MOSS AND MARJORIE MOSS and DECLARATION OF DAVID L. DENIER IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
____ PERSONAL SERVICE (BY MESSENGER)
____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 27, 2008 at San Francisco, California.

_____
KATHY P. TAT
Legal Assistant

Decl. Of Michael Norris In Supp. Of Mtn. For
Entry of Default Judgmt (No. C-07-4632-JSW)        3