IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN K. MOSS, et al.

    Defendants.

No. C 07-04632 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT FOR REPORT AND RECOMMENDATION**

On February 27, 2008, Plaintiff filed a motion for default judgment and noticed it for hearing on April 11, 2008. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for April 11, 2008 is VACATED.

**IT IS SO ORDERED.**

Dated: February 28, 2008

                                                   JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

cc:    Wings Hom