Mr. & Mrs. Marvin K. Moss      FILED     April 9, 2008
c/o Riverside Ct.
Bay Point, Ca. 94565

Honorable Jeffery S. White
450 Golden Gate Avenue
17th Floor
San Francisco, Ca. 94102



PLEASE TAKE NOTICE that Marvin K. Moss & Marjorie M. Moss have retained an accountant/cpa for the sole purpose of filing our back tax returns. My accountant was going to write a letter to this effect, however because of the unusual demand for his services this time of year and the difficulty with my returns, he could not complete the letter until next Thursday April 17, 2008.

We have received numerous notices from the United States Attorneys regarding Notices of Default, Notice of Motion and Memorandum of Points and Authorities, United States Management Statement and the Declaration by David L. Denier regarding Default Judgement. We are unaware of what this means and we cannot afford legal counsel for consultation on how to proceed . I (Marvin K. Moss) will be in court on April 11, 2008 at 9:00 A.M. to try and understand how I should proceed. My wife has emphysema and will not be able to attend.

We have also received a **MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** with Marvin K. Moss & Marjorie M. Moss as defendants. However in this document the government is preparing a trial for **UNITED STATES V. Kenneth Gerald Bordewick, No CR-06-0022-DLJ.** Our case number is **C-07-04632-JSW????**
**COPIES ENCLOSED**

                                                  Mr. & Mrs. Marvin K. Moss

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-T78O)
   Assistant United States Attorney
3  Chief, Tax Division
   DAVID L. DENIER (CSBN 95024)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6888
    Fax:       (415) 436-6748
7
   Attorneys for the United States of America
8

9               IN THE UNITED STATES DISTRICT COURT FOR THE

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,        )   NO.  C-07-04632-JSW
                                      )
13 |         Plaintiff,                )
                                      )   MOTION TO CONTINUE
14 |    v.                             )   CASE MANAGEMENT
                                      )   CONFERENCE
15 | MARVIN K. MOSS and                )
    MARJORIE MOSS,                    )
16                                    )
             Defendants.              )
17 |_____)

18         On December 21, 2007, the United States appeared for an initial Case Management

19 Conference. The government reported that the defendants had been served, but had not answered

20 the complaint. The government further stated that it would take the defendants defaults and then

21 file motions for default judgments. The government filed a request for entry of default against

22 each defendant on December 19, 2007. The Clerk of the Court entered the defendants' defaults

23 on January 18, 2008. Government counsel is presently preparing for trial before Judge Jensen in

24 **United States v. Kenneth Gerald Bordewick**, No. CR-06-0022-DLJ, which commences

25 February 11, 2008. The pretrial conference is set for February 8, 2008, at 11:00 a.m. The

26 government will file its motions for default judgment after this trial is completed. The

27 government, therefore,

28 ///

1  respectfully requests that the Case Management Conference set for February 8, 2008, at 1:30
2  p.m. be continued for 30 days..

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

## CERTIFICATE OF SERVICE

I, <u>KATHY P. TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

MOTION TO CONTINUED CASE MANAGEMENT CONFERENCE

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X_   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_   PERSONAL SERVICE (BY MESSENGER)

\_\_\_\_   FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>February 6, 2008</u> at San Francisco, California.

/s/ Kathy Tat
KATHY P. TAT
Legal Assistant

Mot. To Cont. CMC
(No. C-07-04632-JSW)                               3

**Motions**
3:07-cv-04632-JSW United States Of America v. Moss et al
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Denier, David entered on 2/6/2008 1:13 PM PST and filed on 2/6/2008

**Case Name:** United States Of America v. Moss et al
**Case Number:** 3:07-cv-4632
**Filer:** United States Of America
**Document Number:** 10

**Docket Text:**
**MOTION to Continue *Case Management Conference* filed by United States Of America. (Denier, David) (Filed on 2/6/2008)**

**3:07-cv-4632 Notice has been electronically mailed to:**

David L. Denier   david.denier@usdoj.gov

Thomas Moore   tom.moore@usdoj.gov

Scott Schools   scott.schools2@usdoj.gov

**3:07-cv-4632 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\ktat\e-file\MOSS-motion.pdf

**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/6/2008] [FileNumber=4114075-0] [
053133d51c0c322f8aa87fed1db1d5b00804077b45adf1fa7c97162159957626777d4d7
386788de71bfc75f23e16d751b298f9468c2b34113de7b86869b62dc1f]]