FILED

APR 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARVIN K. MOSS, et al.<br><br>    Defendants.<br>_____/ | No. C 07-04632 JSW<br><br>**ORDER REQUIRING RESPONSE FROM PLAINTIFF** |

On April 2, 2008, Magistrate Judge Chen issued a Report and Recommendation in which he recommended that Plaintiff's motion for default judgment be granted. On April 10, 2008, Defendants submitted a letter regarding this proceeding. The Court HEREBY ORDERS Plaintiff to file a response to Defendants' letter by no later than May 2, 2008.

In their letter, Defendants assert that they are unable to retain counsel and are not clear as to how they should proceed. The Court hereby advises Defendants that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office.

**IT IS SO ORDERED.**

Dated: April 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

v.

MARVIN K. MOSS et al,

        Defendant.

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: April 14, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk