FILED

UNITED STATES DISTRICT COURT

08 APR 22 AM

NORTHERN DISTRICT OF CALIFORNIA

RICH.
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff

        v.

Marvin K. Moss, et al.,

        Defendants

                     /

C-07-4632-JSW-(EMC)

**OBJECTION TO THE REPORT
AND RECOMMENDATION RE
PLAINTIFF'S MOTION FOR
DEFAULT JUDGEMENT**

**(Docket No. 12)**

1. On April 8, 2008 at 10:07 A.M. Marvin K. Moss filed a letter with

2. the court clerk for the U.S. District Court, Northern District of California, in which

3. we stated that our back tax returns would be filed with the Internal Revenue Service

4. Mr. & Mrs. Moss also stated in this letter the confusion they were going through

5. regarding documents sent to them by the United States Attorneys. When we

6. discovered a Judgement for Default was being determined on April 11, 2008 at

7. 9:00A.M., we decided to attend this proceeding and defend our actions to date. On

8. April 11, 2008, I arrived at 450 Golden Gate Ave. 17th Floor, Court Room #2 where

9. the Honorable Jeffery S. White was preciding over this case. Upon entering

10. the court room, we were called to the front desk, where we were informed that our

11. case No.C-07-4632 JSW(EMC) (docket no.12) was referred to EDWARD M.

12. CHEN United States Magistrate Judge for **REPORT AND RECOMMENDATION**

13. **RE PLAINTIFFS MOTION FOR DEFAULT JUDGEMENT,** and we were told

14. to see a Betty Fong and that she could be reached by phone at 415-522-2004 on the

1

1. house phone. There was no answer, so we asked where her office was located? We

2. were told that her office was in a secure area and was not accessable. We were then

3. informed that she was probably in court with EDWARD M. CHEN. We proceeded

4. to his Court Room, where we discovered there was no court in session that day.

5. Frustrated, we left the court house, deciding that the only recource we had was to file

6. a letter with the court clerk to insure our efforts of trying to contact the court.

7. We also tried to obtain court clerk documents regarding the electronic filing by the

8. United States Attorneys, only to find out that it takes a special access code to obtain

9. these records. We were given a three page list of documents which were

10. electronically filed only to discover that all the documents in this case were not made

11. available to us. They were protected by some sort of security and that if we accessed

12. these documents, we would be subject to prosecution. There are no means to obtain

13. a print out of these documents for comparison with the documents sent by the United

14. States Attorney. The documents we received were not stamped by the court clerk, so

15. comparison was not available to us. We do not have and cannot afford

16. legal counsel. The documents sent to us by the United States Atttorney did not

17. request our presence for Case Management Statement or any other conference to the

18. best of our knowledge. We are continuing our efforts to resolve this case without

19. further legal action. If you have any questions please contact us at 925-458-1538 or

20. fax us at 925-458-6543 . Our accountant has filed an extension to allow us time for

21. filing our back tax returns.

Marvin & Marjorie K. Moss

2