IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. C 07-04632 JSW |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| MARVIN K. MOSS, et al. | |
|     Defendants. | |

On April 2, 2008, Magistrate Judge Chen issued a Report and Recommendation in which he recommended that Plaintiff's motion for default judgment be granted. On April 10, 2008, Defendants submitted a letter regarding this proceeding. On April 14, 2008, the Court issued an Order requiring the Plaintiff to respond to the letter by May 2, 2008. On April 22, 2008, Defendants filed an objection to the Report and Recommendation. On April 25, 2008, Plaintiff filed its response to the April 10, 2008 letter. The Court HEREBY ORDERS the parties to appear for a status conference on this matter on **May 23, 2008 at 1:30 p.m.** Defendants have asserted that they are unable to retain counsel and are not clear as to how they should proceed. The Court once again advises Defendants that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through

//
//
//
//

the Court's website or in the Clerk's office.

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MARVIN K. MOSS et al,

        Defendant.

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin K. Moss
Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: May 6, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk