# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**  **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: May 23, 2008  **Court Reporter**: Lydia Zinn

**CASE NO. C-07-4632 JSW**

**TITLE:** USA v. Marvin K. Moss, et al.

**COUNSEL FOR PLAINTIFF:**  **COUNSEL FOR DEFENDANT:**

David Denier  Marvin Moss - Pro Se

**PROCEEDINGS:** Status Conference

**RESULTS:**  Default is set aside.
The defendant shall file substantive response to Government's claim by 6-23-08.

Further Status Conference: 8-29-08 at 1:30 p.m.
Supplemental status statement due on or before 8-22-08