UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


FILED
08 JUN 23 PM 1:28
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | C-07-4632-JSW-(EMC) |
| Plaintiff | STATEMENT & RESPONSE |
| v. | |
| Marvin K. Moss & Marjorie M. Moss et al., | (Docket No. 12) |
| Defendants | |

1. After consulting with my accountant (Bill Herring), I was advised that it would
2. take him approximately 5 months to complete the tax returns in question. Mr.
3. Herring is currently scheduled for eye surgery on June 26, 2008 and will not be
4. able to return to work for at least a week. Bill Herring is requesting an extension
5. to November 19, 2008 to insure that he will be able to complete the returns
6. requested by the Assistant United States Attorney (David L. Denier). We are
7. enclosing the tax returns for 2006 & 2007 to insure you the work is in progress.
8. By this action we do not waive any of our rights as provided under the law. We
9. would at this time like to request the I.R.S. to provide us with all original
10. documents which support their claim.

Respectively submitted

*[signature]*

Marvin K. Moss & Marjorie M.

June 22, 2008

Department of the Treasury -- Internal Revenue Service

**Form 1040** **U.S. Individual Income Tax Return** **2006** (99) IRS Use Only -- Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending , 20    OMB No. 1545-0074

**Label** (Use the IRS label. Otherwise, please print or type.)

MARVIN K. MOSS
MARJORIE M. MOSS
3527 MT. DIABLO BLVD. #107
Lafayette CA 94549

Your social security number: [redacted]
Spouse's social security no.: [redacted]
You **must** enter your SSN(s) above.
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ ☐ You ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See inst.) If qualifying person is a child but not your dependent, enter child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see inst.)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ...........
- 6b ☒ Spouse ................
- 6c Dependents:
  - (1) First name / Last name
  - (2) Dependent's social security number
  - (3) Dependent's relationship to you
  - (4) ✓ if qualifying child for child tax credit (see inst.)

Boxes checked on 6a and 6b: **2**
No. of children on 6c who: lived with you ___; did not live with you due to divorce or separation (see inst.) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed .............

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 0 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 44,765 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions / b Taxable amount | |
| 16a | Pensions and annuities / b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a 7,230 / b Taxable amount (see inst.) | 4,649 |
| 21 | Other income. | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 49,414 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106/2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 3,163 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Jury duty pay you gave to your employer | |
| 35 | Domestic production activities dedn. Atch Fm 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 3,163 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 46,251 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions.   Form **1040** (2006)

JVA   06  10401   TWF 17214   Copyright Forms (Software Only) – 2006 TW

Form 1040 (2006) Page **2**

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 46,251 |
| **Standard Deduction for --** | 39a | Check if: ☐ You were born before January 2, 1942, ☐ Blind. ☒ Spouse was born before January 2, 1942, ☐ Blind. Total boxes checked ▶ 39a | 1 | | |
| ● People who checked any box on line 39a or 39b **or** who can be claimed as dependent, see inst. | b | If your spouse itemizes on a separate return or you were a dual-status alien, see inst. and check here ▶ 39b | | | |
| | 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | 40 | 11,300 |
| | 41 | Subtract line 40 from line 38 | | 41 | 34,951 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,300 by the total no. of exemptions claimed on line 6d | | 42 | 6,600 |
| | 43 | **Taxable Income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 28,351 |
| | 44 | **Tax** (see inst.). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | | 44 | 3,501 |
| ● All others: | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| Single or Married filing separately, $5,150 | 46 | Add lines 44 and 45 ▶ | | 46 | 3,501 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child & dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| Married filing jointly or Qualifying widow(er), $10,300 | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Child tax credit (see instructions). Attach Form 8901 if required | 53 | | |
| | 54 | Credits from: a ☐ Form 8396  b ☐ Form 8839  c ☐ Form 8859 | 54 | | |
| Head of household, $7,550 | 55 | Other credits: a ☐ Form 3800  b ☐ Form 8801  c ☐ Form ___ | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 3,501 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | 6,325 |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | | 63 | 9,826 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | | |
| | 65 | 2006 estimated tax payments & amt. applied from 2005 return | 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b ___ | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst.) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see instructions) | 69 | | |
| | 70 | Payments from: a ☐ Form 2439  b ☐ Form 4136  c ☐ Form 8885 | 70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 40 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | | 72 | 40 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | 73 | |
| Direct deposit? See inst. and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 74a | 0 |
| | ▶ b | Routing no. _____ ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account no. _____ | | | |
| | 75 | Amt. of line 73 you want **applied to your 2007 estimated tax** ▶ 75 | | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see instructions ▶ | | 76 | 9,786 |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete the following. ☐ No |
| | Designee's name ▶ PREPARER  Phone no. ▶  Personal identification number (PIN) ▶ |

**Sign Here**
Joint return? See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation CONTRACTOR | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation HOUSEWIFE | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | | Date 06-23-2008 | Check if self-employed ☐ | Preparer's SSN or PTIN P00159168 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, & ZIP code ▶ | WMH SERVICES 3524 BREAKWATER AVE STE F Hayward CA 94545 | | EIN 94-3220168 Phone no. 510-786-3075 | |

JVA  06  10402  TWF 17215  Copyright Forms (Software Only) – 2006 TW                                                Form **1040** (2006)

# 1

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2006** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or 1041. ▶ See Instructions for Schedule C (Form 1040). | Attachment Sequence No. **09** |

| Name of proprietor | Social security number (SSN) |
|---|---|
| MARVIN K. MOSS | |

| **A** Principal business or profession, including product or service (see the instructions)<br>Residential building construction | **B** Enter code from instructions ▶<br>236110 |
|---|---|
| **C** Business name. If no separate business name, leave blank.<br>MOSS COSTRUCTION | **D** Employer ID no. (EIN), if any |

**E** Business address (including suite or room no.) ▶ 60 RIVERSIDE CT.
City, town or post office, state, and ZIP code   Bay Point CA 94565

**F** Accounting method:  (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2006? If "No," see instructions for limit on losses .....  [X] Yes   [ ] No

**H** If you started or acquired this business during 2006, check here ................................................................. ▶ [ ]

### Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see instructions and check here .......... ▶ [ ] | 1 | 263,279 |
| 2 | Returns and allowances ............................................................. | 2 | |
| 3 | Subtract line 2 from line 1 ........................................................ | 3 | 263,279 |
| 4 | Cost of goods sold (from line 42 on page 2) ............................................. | 4 | 198,622 |
| 5 | **Gross profit.** Subtract line 4 from line 3 ............................................. | 5 | 64,657 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ....... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 .............................................. ▶ | 7 | 64,657 |

### Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising .............. | 8 | | 18 | Office expense............. | 18 | 235 |
| 9 | Car and truck expenses (see instructions)........... | 9 | 12,392 | 19 | Pension & profit-sharing plans | 19 | |
| | | | | 20 | Rent or lease (see instructions): | | |
| 10 | Commissions and fees ...... | 10 | | **a** | Vehicles, machinery, and equipment. | 20a | |
| 11 | Contract labor (see instructions) | 11 | | **b** | Other business property...... | 20b | |
| 12 | Depletion.................. | 12 | | 21 | Repairs and maintenance .... | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions)................ | 13 | | 22 | Supplies (not included in Part III).. | 22 | |
| | | | | 23 | Taxes and licenses.......... | 23 | 357 |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | **a** | Travel.................... | 24a | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | **b** | Deductible meals and entertainment (see instructions) | 24b | 592 |
| 15 | Insurance (other than health).. | 15 | 2,283 | 25 | Utilities .................. | 25 | 498 |
| 16 | Interest: | | | 26 | Wages (less employment credits).. | 26 | |
| **a** | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2)................. | 27 | 3,535 |
| **b** | Other..................... | 16b | | | | | |
| 17 | Legal and professional services............... | 17 | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ..... ▶ | | | | | 28 | 19,892 |

| | | | |
|---|---|---|---:|
| 29 | Tentative profit (loss). Subtract line 28 from line 7........................................ | 29 | 44,765 |
| 30 | Expenses for business use of your home. Attach **Form 8829** ................................... | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you **must** go to line 32. | 31 | 44,765 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).<br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see Form 1040 Instructions.**    Schedule C (Form 1040) 2006

JVA    **06  C1**    TWF 17181    Copyright Forms (Software Only) - 2006 TW

Schedule C (Form 1040) 2006 ~~[redacted]~~ Page **2**

### Part III — Cost of Goods Sold (see instructions)

33. Method(s) used to value closing inventory:  **a** [X] Cost  **b** [ ] Lower of cost or market  **c** [ ] Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ................................................................ [ ] Yes  [X] No

| | | |
|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 148,136 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | 50,486 |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 198,622 |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 198,622 |

### Part IV — Information on Your Vehicle. 
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (month, day, year) ▶ 01-01-2000

44. Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:

   **a** Business _____  **b** Commuting (see instructions) _____  **c** Other _____

45. Do you (or your spouse) have another vehicle available for personal use? .................. [ ] Yes  [X] No

46. Was your vehicle available for personal use during off-duty hours? ......................... [ ] Yes  [X] No

47a. Do you have evidence to support your deduction? ......................................... [X] Yes  [ ] No

  **b** If "Yes," is the evidence written? ........................................................ [X] Yes  [ ] No

### Part V — Other Expenses. List below business expenses not included on lines 8–26 or line 30.

| | |
|---|---|
| Postage | 134 |
| Business Telephone | 3,145 |
| EQUIPMENT REPAIRS & RENTALS | 256 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48 Total other expenses.** Enter here and on page 1, line 27 | **3,535** |

JVA  06  C2   TWF 17182   Copyright Forms (Software Only) – 2006 TW   Schedule C (Form 1040) 2006

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Self-Employment Tax<br>▶ Attach to Form 1040.  ▶ See Instructions for Schedule SE (Form 1040). | OMB No. 1545-0074<br>2006<br>Attachment<br>Sequence No. 17 |
|---|---|---|
| Name of person with **self-employment** income (as shown on Form 1040)<br>MARVIN K. MOSS | | Social security number of person<br>with **self-employment** income ▶ ▬▬▬ |

## Who Must File Schedule SE
You must file Schedule SE if:
- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either "optional method" in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write "Exempt -- Form 4361" on Form 1040, line 58.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see Who Must File Schedule SE, above.



## Section A -- Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---:|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 44,765 |
| 3 | Combine lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 44,765 |
| 4 | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 4 | 41,340 |
| 5 | **Self-employment tax.** If the amount on line 4 is:<br>● $94,200 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 58.**<br>● More than $94,200, multiply line 4 by 2.9% (.029). Then, add $11,680.80 to the result. Enter the total here and on **Form 1040, line 58.** | 5 | 6,325 |
| 6 | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** . . . . . . . . . . . . . . . . . . . . . . | 6    3,163 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                    Schedule SE (Form 1040) 2006
JVA    06  SE1    TWF 17561    Copyright Forms (Software Only) - 2006 TW