UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff

v.

Marvin K. Moss, et al.,

Defendants

C-07-4632-JSW-(EMC)

STATEMENT & RESPONSE

(Docket No. 12)

1. After consulting with my Accountant ( Bill Herring), I was advised that it would
2. take him 5 months to complete the tax returns beginning in 1993 to 2007. Bill
3. Herring has completed 2006 & 2007. Bill Herring is scheduled for eye surgery
4. on June 26, 2008 and this will delay his returning to work for at least a week.
5. We therefore request an extension to November 19, 2008 to complete the returns
6. requested by the Assistant United States Attorney ( David L. Denier) and the
7. I.R.S.

Respectively submitted

*[signature]*

Marvin K. Moss

June 18, 2008

1