IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARVIN K. MOSS, et al.

    Defendants.

No. C 07-04632 JSW

**ORDER REQUIRING RESPONSE FROM PLAINTIFF RE DEFENDANTS' FURTHER REQUEST FOR EXTENSION**

On August 5, 2008, Defendants filed a "Statement and Response," in which they request a further extension of time to complete tax returns. This matter currently is set for a status conference on August 29, 2008. The Court HEREBY ORDERS the Plaintiff to submit a status report to the Court by no later than August 22, 2008, and to address Defendants' request in that status report.

**IT IS SO ORDERED.**

Dated: August 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MARVIN K. MOSS et al,

        Defendant.

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin K. Moss
Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: August 7, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California