JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T78O)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-6888
 Fax:          (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| UNITED STATES OF AMERICA, | ) NO.   C-07-04632-JSW |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| MARVIN K. MOSS and<br>MARJORIE MOSS, | ) **UNITED STATES'**<br>) **STATUS REPORT** |
| Defendants. | ) |

　　　　Pursuant to the Court's Order, the United States submits the following status report.

　　　　On April 25, 2008, the government filed United States' Response to Defendant's Letter Filed April 10, 2008.  The government suggested that the defendants be allowed a reasonable amount of time to produce evidence or arguments they may have to dispute the IRS's assessments.

　　　　After a status conference on May 23, 2008, the Court ordered the defendants to file a substantive response to the government's claim by June 23, 2008.  A further status conference was set for August 29, 2008.

　　　　On June 23, 2008, the defendants advised the Court that it would take their accountant, Bill Herring, approximately five months to complete the tax returns in question.  The defendants apparently intend to respond by filing tax returns for the years at issue 1993, 1994, 1996, 1997,

1  1998, 1999, 2000 and 2001.

2      On August 5, 2008, the defendants requested on extension of time to November 19, 2008
3  to complete the returns. The Court directs the government to address the defendants' request.

4      The starting point in resolving the defendants' tax debt is to obtain the defendants'
5  statement of what they believe their tax liabilities are. The defendants have indicated that will
6  come in the form of prepared tax returns signed under penalties of perjury. Once the defendants
7  have submitted tax returns, the IRS will need to examine those returns reviewing the defendants'
8  documentation supporting the income and deductions stated on those returns. Hopefully, after
9  the completion of this process, the parties will be able to agree on the defendants' tax liabilities
10 and stipulate to a judgment that reflects such agreement.

11     Since the process begins with the defendants' preparation of the returns, the government
12 suggests that the Court grant the defendants an extension of time to produce those returns to
13 November 19, 2008. The government further suggests that the Court schedule this case for a
14 further status conference on December 12, 2008, at which time the government would hope to be
15 able to advise the Court how long it will require to examine the defendants' returns.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ David L. Denier
DAVID L. DENIER
Assistant United States Attorney
Tax Division

<u>CERTIFICATE OF SERVICE</u>

I, <u>KATHY P. TAT</u> declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' STATUS REPORT**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ FACSIMILE (FAX) No.: _____

to the parties addressed as follows:

*MARVIN K. MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

*MARJORIE MOSS*
*60 RIVERSIDE COURT*
*PITTSBURG, CA 94565*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on <u>August 8, 2008</u> at San Francisco, California.

/s/ Kathy Tat
KATHY P. TAT
Legal Assistant

United States' Status Report
(No. C-07-4632-JSW)                         3