IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARVIN K. MOSS, et al.<br><br>    Defendants.<br>_____ / | No. C 07-04632 JSW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION AND CONTINUING STATUS CONFERENCE** |

    The Court has considered Defendants' request for an extension of time and Plaintiff's response thereto. Defendants' request is GRANTED and they shall have until November 19, 2008, to submit the tax returns in question. The status conference currently set for August 29, 2008, is HEREBY CONTINUED to December 12, 2008, at 1:30 p.m. The Court HEREBY ADVISES Defendants that there shall be no further extensions with respect to the production of the tax returns.

    **IT IS SO ORDERED.**

Dated:    8/11/2008

                                                            JEFFREY S. WHITE<br>
                                                            UNITED STATES DISTRICT JUDGE