United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARVIN K. MOSS, et al.

    Defendants.
_____/

No. C 07-04632 JSW

**ORDER TO SHOW CAUSE**

On August 11, 2008, this Court issued an Order continuing a status conference set for August 30, 2008 to December 12, 2008 at 1:30 p.m. The Court also granted Defendants' one final extension to produce the tax returns promised to Plaintiffs and stated that there would be no further extensions granted.

On December 5, 2008, Plaintiff filed a Status Conference Statement, in which it advised the Court that Defendants had not produced the requested returns. On December 12, 2008, the Court held the status conference. Defendants did not appear. Defendants have not produced the returns and have yet to file a substantive response in this matter.

Accordingly, Defendants are HEREBY ORDERED TO SHOW CAUSE why default should not be reinstated and why Judge Chen's Report and Recommendation recommending that Plaintiff's motion for default judgment should not be granted.

Defendants response shall be due by no later than January 9, 2009. The Court hereby advises Defendants that a Handbook for Pro Se Litigants, which contains helpful information

about proceeding without an attorney, is available through the Court's website or in the Clerk's office.

**IT IS SO ORDERED.**

Dated: December 16, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MARVIN K. MOSS et al,

        Defendant.

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: December 16, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk