IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN K. MOSS, et al.<br><br>Defendants. | No. C 07-04632 JSW<br><br>**FURTHER ORDER TO SHOW CAUSE** |

On August 11, 2008, this Court issued an Order continuing a status conference set for August 30, 2008 to December 12, 2008 at 1:30 p.m. The Court also granted Defendants one final extension to produce the tax returns promised to Plaintiffs and stated that there would be no further extensions granted.

On December 5, 2008, Plaintiff filed a Status Conference Statement, in which it advised the Court that Defendants had not produced the requested returns. On December 12, 2008, the Court held the status conference. Defendants did not appear. Defendants have not produced the returns and have yet to file a substantive response in this matter.

Accordingly, on December 16, 2008, the Court issued an Order to Show Cause to the Defendants to show cause why default should not be reinstated and why Judge Chen's Report and Recommendation recommending that Plaintiff's motion for default judgment should not be granted.

//

//

After the Court issued its Order to Show Cause, it received a document entitled "Statement and Response" from the Defendants asking for a further extension of time to submit the requested tax returns. (*See* Docket No. 33.) Based on the Court's previous statement that no further extensions would be granted, Defendants request for an extension of time is DENIED. However, if Plaintiff is willing to stipulate to a further extension, the parties may submit such a stipulation to the Court for approval.

The Court also received an 18 page document entitled "Affidavit and Declaration of Marvin K. Moss & Marjorie M. Moss Request for an Administrative Hearing, Title 5 USC 556 and Constructive Notice - IRC § 7422(a) Claim for Refund - Administrative Request to Cease and Desist Specious Collection Activity Under Color of Law for Want of Jurisdiction, Statutes, Rules and Regulations and Removal of Any and All Liens and Levies and the Fact of Law that the IRS Is Not An Agency of the U.S. Government and Does Not Have Any Authority Over the People of the USA." (*See* Docket No. 34.) That document is incoherent to the point of being incomprehensible and any relief requested from the Court set forth therein is DENIED WITHOUT PREJUDICE. Further, the Court shall not accept these filings as responses to the Court's December 16, 2008 Order to Show Cause. However, to avoid any confusion, the Court shall extend the deadline for the response to January 16, 2009.

Accordingly, Defendants are FURTHER ORDERED TO SHOW CAUSE in writing by January 16, 2009 as to why default should not be reinstated and why Judge Chen's Report and Recommendation recommending that Plaintiff's motion for default judgment should not be granted. The Court hereby advises Defendants that a Handbook for Pro Se Litigants, which contains helpful information about proceeding without an attorney, is available through the Court's website or in the Clerk's office. The Court also advises Defendants that additional assistance may be available by making an appointment with the Legal Help Center, which is

//
//
//
//

1  located at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, California, 94102.

2  **IT IS SO ORDERED.**

4  Dated: January 6, 2009

    _____
    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MARVIN K. MOSS et al,

        Defendant.
_____/

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin K. Moss
Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: January 6, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk