IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARVIN K. MOSS, et al.

    Defendants.
_____/

No. C 07-04632 JSW

**ORDER REQUIRING RESPONSE FROM PLAINTIFF**

    The Court is in receipt of Defendants' Response to the Further Order to Show Cause, in which Defendants state they are in the process of preparing their tax returns. The Court HEREBY ORDERS Plaintiff to submit a statement outlining its position on Defendants' response by no later than February 13, 2009.

    **IT IS SO ORDERED.**

Dated: January 28, 2009

                                               JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARVIN K. MOSS et al,<br><br>        Defendant. | Case Number: CV07-04632 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 28, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: January 28, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk