IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN K. MOSS, et al.

    Defendants.

No. C 07-04632 JSW

**ORDER RE TAX RETURNS**

On March 17, 2009, this Court issued an Order requiring Defendants to either provide the tax information requested by the United States Attorney or to file an answer or other responsive pleading by no later than March 30, 2009. The Court stated that if Defendants failed to comply with this deadline, the Court would immediately reinstate default and rule on the Report and Recommendations.

On or about March 18, 2009, the Court received a letter from Defendants dated March 11, 2009, enclosing tax returns for the years 1993, 1994, 1996, 1997, 1998, 1999, 2000, and 2001. Because it is not clear that Defendants served a copy of this letter and the returns on the Plaintiff, the Court HEREBY ORDERS Defendants to serve a copy of each of these returns on Plaintiff by no later than March 23, 2009, and to file proof of such service with the Court. In the interim, the Court HEREBY ORDERS the Clerk to file a copy of these documents under seal,
pending further order of the Court.

The Court FURTHER ORDERS that the parties shall appear for a status conference on April 24, 2009 at 1:30 p.m. to discuss the impact of these returns on the Plaintiff's pending

request to reinstate default and adopt Judge Chen's Report and Recommendation.

**IT IS SO ORDERED.**

Dated: March 20, 2009

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff,

  v.

MARVIN K. MOSS et al,

    Defendant.
_____/

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: March 20, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk