IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 07-04632 JSW |
| v. | **ORDER RE DOCKET NO. 45** |
| MARVIN K. MOSS, et al. | |
| Defendants. | |

On April 24, 2009, the Court held a status conference. Defendants did not appear and had not complied with the Court's March 20, 2009 Order directing them to serve copies of tax returns previously provided to the Court (Docket No. 45) on Plaintiff. Accordingly, in open court, the Court ordered the tax returns (Docket No. 45) unsealed for the purpose of allowing Plaintiff to make copies of those documents. The Plaintiff now having received copies of Docket No. 45, the Court orders the tax returns filed under seal pending further order of the Court.

**IT IS SO ORDERED.**

Dated: April 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

         Plaintiff,

  v.

MARVIN K. MOSS et al,

         Defendant.

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: April 27, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk