IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARVIN K. MOSS, et al.,

    Defendants.

                                /

No. 07-04632 JSW

**ORDER TO SHOW CAUSE**

     This matter came before the Court for a status conference on June 26, 2009. Counsel for Plaintiffs appeared but Defendants did not. Having considered the Plaintiffs' status conference statement, the Defendants' failure to appear at the Status Conference, the Defendants' failure to respond to the Government's Request for Production of Documents, and the record in this case, Defendants are HEREBY ORDERED to show cause why the Court should not enter default judgment, in accordance with the Report and Recommendation prepared by Magistrate Judge Chen. Defendants' response to this Order to Show Cause shall be due by no later than July 13, 2009.

     **IT IS SO ORDERED.**

Dated: June 29, 2009

                                               JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

        Plaintiff,

  v.

MARVIN K. MOSS et al,

        Defendant.
                                    /

Case Number: CV07-04632 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marjorie Moss
Marvin K. Moss
60 Riverside Ct.
Bay Point, CA 94565


Dated: June 29, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk