**United States District Court**
For the Northern District of California

**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MARVIN K. MOSS, et al.,

    Defendants.
_____/

No. 07-04632 JSW

**ORDER REINSTATING DEFAULT AND ADOPTING REPORT AND RECOMMENDATION**

On September 7, 2007, the United States filed a Complaint against Defendants Marvin K. Moss and Marjorie Moss, in which it alleged that the Defendants have unpaid federal taxes, income and penalties for the years 1993-1994 and 1996-2001. (Compl., ¶¶ 8, 11.) After the Defendants failed to answer or otherwise respond to the Complaint, the United States applied for entry of default, which was entered on January 18, 2008. After the United States filed a motion for default judgment, the Court referred the matter to a randomly assigned Magistrate Judge for a report and recommendation. The motion was referred to Magistrate Judge Chen, who issued his Report and Recommendation on April 2, 2008.

Thereafter, the Court received a letter from Defendants objecting to the Report, and the Court ordered a response from the Plaintiff. (*See* Docket Nos. 19-20.) After considering Plaintiff's response, the Court set the matter down for a status conference. (*See* Docket Nos. 22- 23.) At that status conference, the Court set aside the default and ordered Defendants to file a substantive response to the Plaintiff's claim by June 23, 2008.[1] (Docket No. 24.) Defendants

---

[1] The Court has repeatedly advised Defendants that a Handbook for Pro Se Litigants is available on the Court's website and in the Clerk's Office. The Court also advised Defendants that assistance might be available from the Legal Help Center located at

1  have never filed an answer and have never moved to dismiss Plaintiff's claims. Instead, they
2  have sent repeated communications to the Court stating that they would submit completed tax
3  returns for the years in question and requested numerous extensions to do so. (*See, e.g.,* Docket
4  Nos. 25-26, 33-34, 36-39, 40-42, 44.)

5  The Court issued two orders to show cause why default should not be reinstated and
6  why Judge Chen's Report and Recommendation should not be adopted. (Docket Nos. 32, 35.)
7  After considering the parties' responses, on March 17, 2009, the Court issued an Order
8  requiring Defendants to either provide the information requested by the Plaintiff, *i.e.* their tax
9  returns, or to file an answer or other responsive pleading by no later than March 30, 2009.
10 (Docket No. 42.) Defendants finally submitted tax returns. Although they were signed by
11 Defendants' tax preparer, they were not signed by the Defendants. Moreover, it did not appear
12 to the Court that they had been served on Plaintiff. (Docket No.45.)

13 Accordingly, the Court ordered Defendants to serve copies of the tax returns on
14 Plaintiff, an order with which they failed to comply. (*See* Docket Nos. 43, 46.) After being
15 provided with copies of the returns, Plaintiff attempted to verify the information contained
16 therein through an informal request to Bill Herring, who is identified as having prepared the
17 returns on Defendants' behalf, and by a formal discovery request to the Defendants. Neither
18 Mr. Herring nor the Defendants responded. (*See* Docket No. 49.)

19 Following the June 26, 2009 status conference, the Court issued a *third* Order to Show
20 Cause requiring Defendants to show cause why the Court should not enter default judgment in
21 accordance with the Report and Recommendation issued by Judge Chen. (Docket No. 51.)
22 Defendants' response was due on July 13, 2009. Defendants have not filed a response. The
23 Court has given Defendants numerous opportunities to appear and defend this action, and they
24 have failed to take advantage of those opportunities. In addition, their lack of responsiveness to
25 the claims in this matter extends to Court hearings. In response to many of their earlier filings
26 and Plaintiff's responses thereto, the Court set further status conferences in December 2008,
27 April 2009, and June 2009. Defendants did not appear on any of those dates. (Docket Nos. 31,
28

450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102.

2

47, 50.)   Accordingly, having failed to defend this action, and having given Defendants numerous opportunities to demonstrate why Judge Chen's Report and Recommendation should not be adopted, the Court HEREBY REINSTATES default.

As noted when Defendants did submit their tax returns, they did not submit copies that they had signed.  Further neither Mr. Herring nor Defendants have responded to Plaintiff's requests to substantiate the figures contained in those documents.  Thus, those documents are insufficient to rebut Plaintiff's claims.  Accordingly, the Court further finds Judge Chen's Report and Recommendation to be through and well reasoned and adopts it in all respects.  Accordingly, default is reinstated.  Plaintiff's motion for default judgment is granted, judgment shall be entered against Defendant Marvin Moss in the amount of $306,187.48, and judgment shall be entered against Defendant Marjorie Moss in the amount of $11,159.96.

A separate judgment shall issue, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  July 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARVIN K. MOSS et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04632 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marvin K. Moss
Marjorie Moss
60 Riverside Ct.
Bay Point, CA 94565

Dated: July 27, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk